**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TYRONE ELLIS,** **PLAINTIFF**
**a/k/a Registered Muslim**
**ADC #149250**

**V.** **CASE NO. 4:24-cv-01015-JM-BBM**

**JAMES SHIPMAN, Warden,**
**Tucker Maximum Security Unit, ADC, *et al.*** **DEFENDANTS**

**ORDER**

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore, along with timely objections. After careful review of the objections and a *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. The Defendants' Motion for Partial Summary Judgment (Doc. No. 64) is GRANTED.

2. Ellis's conditions-of-confinement claims against Defendants James Shipman and Maurice Culclager are dismissed without prejudice for failure to exhaust available administrative remedies.

3. Shipman and Culclager are TERMINATED as parties to this action.

IT IS SO ORDERED this 3rd day of August, 2026.

UNITED STATES DISTRICT JUDGE